**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01139-ZLW-CBS

ANGELA KRUPA,

    Plaintiff,

vs.

ORICA USA INC.,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Having reviewed the parties' Stipulation for Dismissal with Prejudice under Rule 41(a)(1)(ii), Fed. R. Civ. P., and being fully advised, this Court

Orders that the Stipulation be, and hereby is, GRANTED. This action is dismissed with prejudice.

Dated: November 3, 2010

By the Court:

_____
U.S. District Court Judge